No. 11–8390. SANCHEZ *v.* SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8393. RODRIGUEZ *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–8396. WATFORD *v.* WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8399. VANN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–8407. BAEZ *v.* HUNT ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–8415. DAVIS *v.* ROZUM ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8416. EMMETT *v.* MCGUIRE ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–8417. CRUMP *v.* CARUSO ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–8418. GHOLSON *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–8423. CODY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8424. CONTRERAS *v.* URIBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8425. DUNN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8429. VELEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8436. BROCK *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.